Alexander Otis MATTHEWS,
Plaintiff–Appellant,

v.

Ted HULL; R. Michelle Lewis; Martin, Sergeant; John Doe/Jane Doe Recreation Supervisor; John Doe/Jane Doe Director of Medical Services; John Doe/Jane Doe Cleaning Supervisor; John Doe/Jane Doe Food Services Supervisor; John Doe/Jane Doe Unit Nurse; Northern Neck Regional Jail Board Authority Members; Lynn Sudduth, Defendants–Appellees.

No. 14–6310.

United States Court of Appeals, Fourth Circuit.

Submitted: June 26, 2014.

Decided: June 30, 2014.

Alexander Matthews, Appellant Pro Se. Broderick Coleman Dunn, Alexander Francuzenko, Cook Craig & Francuzenko, PLLC, Fairfax, Virginia, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Matthews appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Ac-cordingly, we affirm for the reasons stated by the district court. *Matthews v. Hull,* No. 1:13–cv–00450–LO–JFA (E.D.Va. Feb. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*